IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY ADAMS** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | No. 16-4135 |
| **NORFOLK SOUTHERN RAILWAY** | : | |
| **COMPANY et al.**, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 3rd day of November, 2016, upon consideration of the Defendants' Motions to Dismiss, and in the Alternative, to Transfer Venue (Doc. Nos. 8, 9, and 10), Plaintiff's Responses (Doc. Nos. 19, 20, and 21), The Procter & Gamble Company's Reply (Doc. No. 26), and following oral argument on October 26, 2016, **it is hereby ORDERED** that Defendants' Motions (Doc. Nos. 8, 9, and 10) are **GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART** such that:

1. Defendants' Motions to Transfer (Doc. Nos. 8, 9, and 10) are **GRANTED.**
2. The Clerk of Court shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania.
3. Defendants' Motions to Dismiss (Doc Nos. 8, 9, and 10) are **DENIED WITHOUT PREJUDICE**.
4. The Clerk of Court shall mark this action **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE